# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2720
_____

Michael Ponce

Plaintiff - Appellant

v.

Broker Solutions, Inc.; U.S. Bank, as Trustee for Securitized Trust Ginnie Mae REMIC 2018-034 Trust

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:20-cv-03052-RK)
_____

**JUDGMENT**

The parties' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

September 29, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans