# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2720

Michael Ponce

Appellant

v.

Broker Solutions, Inc. and U.S. Bank, as Trustee for Securitized Trust Ginnie Mae REMIC 2018-034 Trust

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:20-cv-03052-RK)

---

**MANDATE**

In accordance with the judgment of 09/29/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 29, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit